IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |   |
|---|---|---|
| DARRYL W. CARSTARPHEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 14-00162-CB-C |
| | ) | |
| KIMBERLY-CLARK CORP. and UNITED STEELWORKERS LOCAL NO. 1421, | ) ) ) ) ) | |
| Defendants, | ) | |

# FINAL JUDGMENT

Pursuant to separate order entered this date granting Defendants' motions for summary judgment, it is **ORDERED, ADJUDGED,** and **DECREED** that the claims of the Plaintiff, Darryl W. Carstarphen, against the Defendants, Kimberly-Clark Corporation and United Steelworkers Local. No. 1421, be and hereby are **DISMISSED** with prejudice and that Plaintiff recover nothing.

**DONE** this the 21st day of September, 2015.

s/Charles R. Butler, Jr.
**Senior United States District Judge**